**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

---

**CONCISE SUMMARY OF THE CASE**

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within **14** days of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT CAPTION: John Rigby, et al. v. John Carney, et al.

USCA NO.: 26-3575

LOWER COURT or AGENCY and DOCKET NUMBER:
U.S. District Court for the District of Delaware, 1:21-cv-01523

NAME OF JUDGE: Judge Maryellen Noreika

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

This case raises a constitutional challenge to Delaware's restrictions on self-manufacturing firearms under 42 U.S.C. § 1988. Appellants John Rigby, Alan Knight, and Firearms Policy Coalition, Inc. have sued Kathy Jennings, in her official capacity as the Attorney General of the State of Delaware, seeking preliminary and permanent injunctive relief to prevent enforcement of Delaware HB 125. Appellants filed this appeal seeking review of the judgment of the United States District Court for the District of Delaware issued on September 10, 2026, granting-in-part and denying-in-part Plaintiffs' Motion for Summary Judgment and Defendant's Cross Motion for Summary Judgment.

LIST and **ATTACH** a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.

District Court Doc. 81 Memorandum Opinion Granting-in-Part and Denying-in-Part Plaintiffs' Motion for Summary Judgment and Defendant's Cross Motion for Summary Judgment; District Court Doc. 82, Order Granting-in-Part and Denying-in-Part Plaintiffs' Motion for Summary Judgment and Defendant's Cross Motion for Summary Judgment; District Court Doc. 83, Judgment.

Provide a short statement of the factual and procedural background, which you consider important to this appeal:

This is a preenforcement challenge to Delaware's restrictions on self-manufacturing firearms. Plaintiffs Rigby and Knight are individual residents of Delaware who desire self-manufacture firearms. Both are members of Plaintiff Firearms Policy Coalition. Together, they filed this action on October 27, 2021, and moved for a preliminary and permanent injunction. The Defendant moved to dismiss and the district court denied the motion to dismiss and the request for a permanent injunction, but it granted-in-part and denied-in-part the motion for a preliminary injunction. Following discovery, the parties cross-moved for summary judgment. This case comes to the court on the district court's order disposing of those cross-motions.

Identify the issues to be raised on appeal:

Although they prevailed on several issues below, Plaintiffs-Appellants appeal from the district court's order to the extent it rejected Plaintiffs' claims (1) that Delaware's law banning disseminating "digital firearms information" violates the First Amendment to the United States Constitution and (2) that Delaware's law banning the distribution of precursor firearm parts violates the Second Amendment to the United States Constitution.

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record

this 27th day of October, 20 26.

/s/ David H. Thompson

Signature of Counsel

Rev. 07/2015