No. 26-3575

# In the United States Court of Appeals for the Third Circuit

JOHN RIGBY; ALAN KNIGHT; FIREARMS POLICY COALITION, INC.,
*Plaintiffs-Appellants,*

V.

JOHN CARNEY, GOVERNOR OF DELAWARE, KATHY JENNINGS, ATTORNEY GENERAL OF DELAWARE,

*Defendants-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELEWARE, No. 1:21-cv-10523

## JOINT STATUS REPORT

Pursuant to the Court's Order of October 13, 2026 (Doc. 4), the parties respectfully report that Defendants' motion under Federal Rule of Civil Procedure 59, filed in the District Court (No. 1:21-cv-01523), remains pending. Plaintiffs' opposition to that motion has been filed today, November 12, 2026, and Plaintiffs will file a further status report in 30 days if the motion has not been decided.

Dated: November 12, 2026

Respectfully submitted,

/s/ David H. Thompson
David H. Thompson
Peter A. Patterson
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com

*Counsel for Plaintiffs-Appellants*

/s/ Jennifer-Kate Aaronson, Esq.
Jennifer-Kate Aaronson, Esq
Ian R. Liston, Esq.
Office of Attorney General of Delaware
Delaware Department of Justice
6th Floor
820 N French Street
Carvel Office Building
Wilmington, DE 19801
Tel: 302-683-8803
kate.aaronson@delaware.gov
Ian.Liston@delaware.gov

*Counsel for Defendants-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2026, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

/s/ David H. Thompson
David H. Thompson

*Counsel for Plaintiffs-Appellants*